

FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0462

_____

ROBERT L. ROSE,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

                            O R D E R

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 5, 2021 within which to prepare, file, and serve Appellant's petition for rehearing on appeal.

DATED this 15th day of July, 2021.

For the Court,

By _____
Chief Justice

FILED

JUL 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana